AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC.<br>*Plaintiff*<br>v.<br>GARY KING, in his Official Capacity as Attorney General, BILL HUBBARD, in his Official Capacity<br>*Defendant* | Civil Action No.  1:12-CV-421 WDS/RHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BILL HUBBARD
Special Investigations Division
New Mexico Department of Public Safety
6301 Indian School NE, Suite 310
Albuquerque NM 87110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul M. Kienzle III
Scott & Kienzle, P.A.
P.O. Box 587
Albuquerque, NM 87103-0587
505/246-8600; FAX 505/246-8682
paul@kienzlelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Friday, April 27, 2012          Karen D. Francisco
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 1:12-CV-421 WDS/RHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bill Hubbard, Special Investigations Division, NM Dept. of Public Safety
was received by me on *(date)* 5/2/2012

☒ I personally served the summons on the individual at *(place)* Bill Hubbard @ 6301 Indian School NE, Suite 310, ABQ. NM on *(date)* 5/2/2012; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/2/12

*Server's signature*

Jason R. Fitak
*Printed name and title*

P.O. Box 3315, ABQ. NM 87190
*Server's address*

Additional information regarding attempted service, etc: