UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GARY KING, in his Official Capacity as Attorney General of the State of New Mexico; and BILL HUBBARD, in his Official Capacity of as Director of the Special Investigations Division of the New Mexico Department of Public Safety, <br><br> Defendants. | Case No. 1:12-CV-421-WDS-RHS |

## ENTRY OF APPEARANCE FOR DEFENDANTS KING AND HUBBARD

COMES NOW P. Cholla Khoury, Assistant Attorney General, and files this Entry of Appearance on behalf of Defendants Gary King and Bill Hubbard.

Respectfully Submitted,

_____
P. Cholla Khoury
Assistant Attorney General
New Mexico Attorney General's Office
408 Galisteo St
Santa Fe, NM 87501
(505)827-6088
(505)827-6036 (Facsimile)
ckhoury@nmag.gov

## CERTIFICATE OF SERVICE

I hereby certify that service of a true and correct copy of the foregoing was attempted to the following on May 17, 2012 via First Class Mail and electronic service:

Paul M. Kienzle III
Scott & Kiensle, P.A.
P.O. Box 587
Albuquerque, NM 87103-0587
paul@kienslelaw.com

_____
P. Cholla Khoury