UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN W. JACKSON and SECOND
AMENDMENT FOUNDATION, INC.,

                                              Plaintiffs,

v.                                  Case No: 1:12-cv-00421-WDS-RHS

GARY KING, in his Official Capacity as
Attorney General of the State of New Mexico;
and BILL HUBBARD, in his Official Capacity
as Director of the Special Investigations
Division of the New Mexico Department of
Public Safety,

                                              Defendants.

Electronically Filed Document

### CERTIFICATE OF SERVICE

      I hereby certify that service of a true and correct copy of this Defendants Gary King and Bill Hubbard's Initial Disclosure was attempted to the following on June 19, 2012 via First Class Mail and electronic service:

Paul M. Kienzle III
Scott & Kiensle, P.A.
P.O. Box 587
Albuquerque, NM 87103-0587
paul@kienslelaw.com

David G. Sigale, Esq. (Atty. ID# 6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
739 Roosevelt Road, Suite 304

1

Glen Ellyn, IL 60137
630/452-4547; FAX: 630/596-4445
dsigale@sigalelaw.com
*Pro hac vice Admission Pending*

       /s/ P. Cholla Khoury 6/19/12
P. Cholla Khoury
Assistant Attorney General
Federal Bar ID:  11-138
P. O. Drawer 1508
Santa Fe, NM 87504-1508
Phone:	505-827-6088
Fax:	505-827-6036
email:	ckhoury@nmag.gov