# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., <br><br>           Plaintiffs, <br><br>     -against- <br><br>GARY KING, in his Official Capacity as Attorney General of the State of New Mexico; and BILL HUBBARD, in his Official Capacity as Director of the Special Investigations Division of the New Mexico Department of Public Safety, <br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. 1:12-CV-421-MCA-RHS |

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a copy of <u>Plaintiffs' F.R.Civ.P. 26(a)(1) Initial Disclosures</u> were served by e-mail and U.S. Mail on the 19th of June, 2012, to:

P. Cholla Khoury, Esq.
Assistant Attorney General
New Mexico Attorney General's Office
408 Galisteo Street
Santa Fe, NM 87501
ckhoury@nmag.gov

                                                    /s/ David G. Sigale
                                                    One of the Attorneys for Plaintiffs

Dated: June 19, 2012

| | |
|---|---|
| David G. Sigale, Esq. (#6238103 (IL)) <br> LAW FIRM OF DAVID G. SIGALE, P.C. <br> 739 Roosevelt Road, Suite 304 <br> Glen Ellyn, IL 60137 <br> 630.452.4547 <br> dsigale@sigalelaw.com <br> Admitted *pro hac vice* | Paul M. Kienzle, III., Esq. (#11521 (NE)) <br> SCOTT & KIENZLE, P.A. <br> P.O. Box 587 <br> Albuquerque, NM 87103 <br> (505) 246-8600 <br> paul@kienzlelaw.com |