# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) ) | |
| GARY KING, in his Official Capacity as Attorney General of the State of New Mexico; and BILL HUBBARD, in his Official Capacity as Director of the Special Investigations Division of the New Mexico Department of Public Safety, | ) ) ) ) ) ) ) ) | Case No. 1:12-CV-421 |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

COME NOW the Plaintiffs, JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., by and through undersigned counsel, and move for the entry of an order:

1.      Preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing from enforcing the United States citizenship requirement of NMSA 1978 § 29-19-4(A)(1) against the Plaintiffs and/or their members;

2.      Preliminarily enjoining Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, from enforcing any other sections of the New Mexico Statutes which restrict lawfully admitted aliens, including Plaintiffs and their members, firearms rights and privileges based on citizenship.

3.      A Memorandum in Support of this Motion will be filed at or near the time of the filing of this Motion.

Dated: August 9, 2012                              Respectfully submitted,

David G. Sigale, Esq. (#6238103 (IL))              Paul M. Kienzle, III., Esq. (#7592 (NM))
LAW FIRM OF DAVID G. SIGALE, P.C.                  SCOTT & KIENZLE, P.A.
739 Roosevelt Road, Suite 304                      P.O. Box 587
Glen Ellyn, IL 60137                               Albuquerque, NM 87103
630.452.4547                                       (505) 246-8600
dsigale@sigalelaw.com                              paul@kienzlelaw.com
Admitted *pro hac vice*

                                         By:  _____/s/ David G. Sigale_____
                                                     David G. Sigale

                                         Attorneys for Plaintiffs