UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable M. Christina Armijo

**C**ASE **N**O.   CIV 12-421                              **D**ATE:   September 19, 2012

**T**ITLE:   *John W. Jackson, et al. v. Gary King, et al.*

**C**OURTROOM **C**LERK:   S. Spreng

**C**OURT IN **S**ESSION:   2:00-2:10 pm          **T**OTAL **T**IME:   10 minutes

**T**YPE OF **P**ROCEEDING:   Telephonic Status Conference

**A**TTORNEYS **P**RESENT FOR **P**LAINTIFF(S):      **A**TTORNEYS **P**RESENT FOR **D**EFENDANT(S):

  David Sigale                                                 Cholla Khoury

  Paul M. Kienzle, III

**P**ROCEEDINGS:

2:00 pm   Court conducts telephonic status conference.  Court inquires as to the need for a hearing on Plaintiffs' Motion for Preliminary Injunction.

The parties agree that an evidentiary hearing is unnecessary, but request oral argument.

The Court instructs the parties to submit their dates of unavailability for the months of November and December to the Court's Courtroom Deputy, Ms. Bevel, via the Court's proposed text box.

2:10 pm   Court in recess.