UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable M. Christina Armijo

CASE NO.   CIV 12-421 MCA-RHS         DATE:   December 18, 2012

TITLE:   *John W. Jackson, et al. v. Gary King, et al.*

COURTROOM CLERK:   S. Spreng         COURT REPORTER:   J. Goehl

COURT IN SESSION:   1:59 - 3:11 p.m.         TOTAL TIME: 1 hour, 12 minutes

TYPE OF PROCEEDING:   Motion Hearing

COURT'S RULINGS/DISPOSITION: Court orders the parties to submit simultaneous supplemental briefs on the issue of severance on or before January 4, 2012.

ATTORNEYS PRESENT FOR PLAINTIFF(S):         ATTORNEYS PRESENT FOR DEFENDANT(S):

 David Sigale                                Cholla Khoury

 Paul M. Kienzle, III

PROCEEDINGS:

| | |
|---|---|
| 1:59 p.m. | Court in session; counsel enter appearances. |
| 2:02 p.m. | The parties confirm that they are not requesting an evidentiary hearing. |
| 2:03 p.m. | Mr. Sigale addresses the merits of *Plaintiffs' Motion for Preliminary Injunction*. |
| 2:15 p.m. | Court inquires of Ms. Khoury as to what interests are served by making a distinction between concealed carrying and open carrying solely on the basis of alienage.  Ms. Khoury responds. |
| 2:23 p.m. | Ms. Khoury argues in opposition to *Plaintiffs' Motion for Preliminary Injunction*. |

| | |
|---|---|
| 2:43 p.m. | Mr. Sigale presents rebuttal argument. |
| 2:52 p.m. | Court inquires of Mr. Sigale whether the citizenship requirement may be severed from the remainder of the statute.  Mr. Sigale responds. |
| 2:55 p.m. | Ms. Khoury presents sur-rebuttal argument.  Court inquires of the standards for severance.  Ms. Khoury asks to submit a supplemental brief on the issue. |
| 2:57 p.m. | Court in recess. |
| 3:02 p.m. | Court back in session.  Court will permit the parties an opportunity to submit simultaneous supplemental briefs on the issue of severance. |
| 3:05 p.m. | Court notes that severability is an issue of state law and refers the parties to <u>Bradbury & Stamm Const. Co. v. Bureau of Revenue</u>, 372 P.2d 808 (N.M. 1962). |
| 3:06 p.m. | Court inquires of the parties how much time they need for the submission of simultaneous supplemental briefs.  Parties confer. |
| 3:07 p.m. | Mr. Sigale submits January 4, 2013 as the date for submission.  Court agrees.  Briefing should not exceed 15 pages. |
| 3:08 p.m. | Mr. Kienzele addresses the issue of severability. |
| 3:11 p.m. | Court in recess. |