UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

## Clerk's Minutes

## Before the Honorable M. Christina Armijo

**CASE NO.**   CIV 12-421 MCA-RHS   **DATE:**   February, 27 2014

**TITLE:**   *John W. Jackson, et al. v. Gary King, et al.*

**COURTROOM CLERK:**   S. Spreng   **COURT REPORTER:**   J. Goehl

**COURT IN SESSION:**   3:23 – 3:27 p.m.   **TOTAL TIME:** 4 minutes

**TYPE OF PROCEEDING:**   Telephonic Status Conference.

**COURT'S RULINGS/DISPOSITION:** See below.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

David Sigale                                                                   Cholla Khoury

Paul M. Kienzle, III

**PROCEEDINGS:**

3:23 p.m.        Court convenes telephonic status conference.
                 With respect to the pending motion for permanent injunction, the Court inquires whether further factual development is necessary or whether the issue may be decided on the briefs as a matter of law.   The parties confirm that no further factual development is necessary and that the issue may be decided as a matter of law.

3:27 p.m.        Court in recess.