UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| -against- | ) ) ) |
| GORDON E. EDEN, in his Official Capacity as Director of the Special Investigations Division of the New Mexico Department of Public Safety, | ) Case No. 1:12-CV-421-MCA-RHS ) ) ) ) ) |
| Defendant. | ) |

## MOTION FOR ATTORNEY FEES AND EXPENSES

Come now Plaintiffs, JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., by and through counsel, and respectfully move this Honorable Court to award Plaintiffs' counsel their attorney fees and costs pursuant to 42 U.S.C. § 1988.

This motion is made upon the attached memorandum in support of said motion, declarations, exhibits, the Court's file, and any other matter deemed relevant to the determination of the motion. The attorney fees and costs requested by this motion are as follows:

Attorney Fees:

| | | |
|---|---|---|
| David G. Sigale: (through 4/22/14) | 63.8 hours x $500.00/hr 13.4 travel hours x $250.00/hr | $ 31,900.00 $ 3,350.00 |
| Paul M. Kienzle, III (through 3/31/14) | 16.2 hours x $275.00/hr | $ 4,455.00 |
| Costs: | | $ 1,331.08 |

As noted in the attached declarations, attorney fees are requested at present rates. Plaintiffs reserve the right to supplement this request as additional time is incurred litigating the

fee dispute, and to seek adjustments for present value based on either rate updates or

prejudgment interest.


Dated: April 30, 2014                                              Respectfully submitted,

David G. Sigale, Esq. (#6238103 (IL))           Paul M. Kienzle, III., Esq. (#7592 (NM))
LAW FIRM OF DAVID G. SIGALE, P.C.         SCOTT & KIENZLE, P.A.
739 Roosevelt Road, Suite 304                      P.O. Box 587
Glen Ellyn, IL 60137                                     Albuquerque, NM 87103
630.452.4547                                                (505) 246-8600
dsigale@sigalelaw.com                                 paul@kienzlelaw.com
Admitted *pro hac vice*

            By:   /s/ David G. Sigale
                David G. Sigale

              Attorneys for Plaintiffs

**CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1. On April 30, 2014, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system;

2. Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                          /s/ David G. Sigale
                                            David G. Sigale