UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| -against- | ) ) ) |
| GORDON E. EDEN, in his Official Capacity as Director of the Special Investigations Division of the New Mexico Department of Public Safety, | ) ) ) ) ) ) Case No. 1:12-CV-421-MCA-RHS |
| Defendant. | ) ) |

**SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FEES AND COSTS**

1. On March 31, 2014, the Court entered a permanent injunction and a final judgment in Plaintiffs' favor and against the Defendants.

2. Since that date, the parties have been conferring regarding the issue of Plaintiffs' 42 U.S.C. § 1988 fees and costs, and have reached an agreement, as detailed in the attached Stipulation and Proposed Order.

3. Federal courts employ the "lodestar" method for determining an attorney fee recovery under Section 1988. The "lodestar" is calculated by multiplying the reasonable amount of hours worked by a reasonable hourly fee, with some adjustments not here at issue in appropriate cases. *Perdue v. Kenny A.*, 130 S. Ct. 1662 (2010); *Hensley v. Eckerhart*, 461 U. S. 424 (1983).

4. As Plaintiffs are entitled to their fees and costs, this unopposed motion should be granted, and Plaintiffs should be awarded their fees and costs as set forth in the attached Stipulation and Proposed Order.

| Dated: May 19, 2014 | Respectfully submitted, |
|---|---|
| David G. Sigale, Esq. (#6238103 (IL)) | Paul M. Kienzle, III., Esq. (#7592 (NM)) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | SCOTT & KIENZLE, P.A. |
| 739 Roosevelt Road, Suite 304 | P.O. Box 587 |
| Glen Ellyn, IL 60137 | Albuquerque, NM 87103 |
| 630.452.4547 | (505) 246-8600 |
| dsigale@sigalelaw.com | paul@kienzlelaw.com |
| Admitted *pro hac vice* | |

By: ⎯⎯⎯⎯⎯/s/ David G. Sigale⎯⎯⎯⎯⎯
David G. Sigale

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for the plaintiffs, hereby certifies that on May 19, 2014, he served a copy of the foregoing, and this certificate of service, on all Counsel of Record by electronic means pursuant to Electronic Case Filing (ECF).

Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief there are no non- CM/ECF participants in this matter.

                                                                                             /s/David G. Sigale  
                                                                                                David G. Sigale