UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JOHN W. JACKSON and SECOND AMENDMENT FOUNDATION, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) | |
| GORDON E. EDEN, in his Official Capacity as Director of the Special Investigations Division of the New Mexico Department of Public Safety, | ) ) ) ) ) ) | Case No. 1:12-CV-421-MCA-RHS |
| Defendant. | ) | |

**ORDER**

Plaintiffs present before the Court an unopposed motion for an award of attorney fees and costs against Defendant Gordon E. Eden pursuant to 42 U.S.C. § 1988:

As Plaintiffs are prevailing parties entitled to a Section 1988 recovery against Defendant Gordon E. Eden, and the amount of said recovery is not in dispute, the motion is GRANTED.

Plaintiffs shall recover attorney fees as follows:

| Atty. | Hours | Rate | Total |
|---|---|---|---|
| David G. Sigale | 60.0 | 500 | $30,000.00 |
| Paul M. Kienzle, III | 16.2 | 275 | $ 4,455.00 |

Plaintiffs shall also recover costs in the amount of $1,331.08. Plaintiffs' total Section 1988 Recovery against Defendant Gordon E. Eden is $35,768.08.

The Department of Public Safety shall be responsible for payment of the aforementioned fees and costs on behalf of the Defendant.

SO ORDERED, this the 21st day of May, 2014.

                                                             The Hon. M. Christina Armijo
                                                             United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the plaintiffs, hereby certifies that on May 20, 2014, he served a copy of the foregoing, and this certificate of service, by electronic means pursuant to Electronic Case Filing (ECF).

Pursuant to F.R.Civ.P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                                             /s/ David G. Sigale
                                                             David G. Sigale